958 F.2d 363
 Finberg (Arne O.)
v.
Dwyer (F.X.), Lietmanmn (A.M.), O'Brian (P.T.), Wolf (E.G.),
Maggio (T.E.), Arkles (B.), Steinmetz (J.), Smith (R.A.),
Anderson (R.), Everett (W.), Beltley (H.), Doe (John), Olsen
(D.J.), Wheeler (T.E.), Ossip (M.J.)
 NO. 91-1820
 United States Court of Appeals,
Third Circuit.
 Feb 14, 1992
 
 Appeal From: E.D.Pa.,
 Giles, J.
 
 
 1
 AFFIRMED.